No. 9643. SILVER BOW COUNTY ET AL., PLAINTIFFS AND APPELLANTS, *v.* CIVIC CENTER COMMISSION OF SILVER BOW COUNTY, MONTANA, ET AL., DEFENDANTS AND RESPONDENTS.

297 Pac. (2d) 1105.

Decided June 11, 1956.

*N. A. Rotering,* Co. Atty., *J. Frank Sullivan,* Chief Deputy Co. Atty., *John T. Prothero,* Dept. Co. Atty., *Thomas F. Joyce,* Dept. Co. Atty., *William B. Freebourn,* Butte, for Appellant.

*William Meyer* and *S. O. Meyer,* Butte, for Respondent.

Per Curiam.

Upon reading and filing the stipulation of the parties to the above-entitled action and upon the motion of plaintiffs and appellants herein, the appeal in the above entitled action is dismissed, the parties to pay their own costs.

MR. CHIEF JUSTICE ADAIR, and MR. JUSTICES ANGSTMAN, ANDERSON, DAVIS and BOTTOMLY, concur.